Patricia L. Glaser, State Bar No. 055668
  pglaser@glaserweil.com
Kerry Garvis Wright, State Bar No. 206320
  kgarviswright@glaserweil.com
Allison S. Hyatt, State Bar No. 217567
  ahyatt@glaserweil.com
GLASER, WEIL, FINK,
 JACOBS, & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Defendants
LOS ANGELES UNIFIED SCHOOL DISTRICT,
HOWARD GELLERMAN, and HARRIET MAGLIN

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SHURE, by and through his guardian ad litem, Stacy Shure, and STACY SHURE,<br><br>         Plaintiffs,<br><br>    v.<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT, et. al.,<br><br>         Defendants. | Case No. 2:03-cv-06798-FMC-CWx<br><br>[Hon. Florence-Marie Cooper]<br><br>**JUDGMENT** |

663768

1  On August 28, 2007, this Court issued its Order on Appeal of Administrative Decision, filed on August 29, 2007, ruling on the First Cause of Action in the Complaint by Plaintiffs Peter Shure ("Peter") and Stacy Shure and holding that said Plaintiffs are entitled, according to proof, to reimbursement of those expenses they had incurred in placing Peter at the May Center in Boston, and to an award of attorneys' fees incurred by Plaintiffs as to said First Cause of Action, according to proof.

On January 6, 2009, this Court issued and filed its Order granting the Motions by Defendants Los Angeles Unified School District, Howard Gellerman, and Harriet Maglin (a) to dismiss the Second, Third, Fourth, and Fifth Causes of Action and (b) to strike specified portions of Plaintiffs' Complaint. In said Order, the Court directed that Defendants provide a form of Judgment for the Court's signature. Therefore

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Judgment is entered in favor of Plaintiffs Peter Shure and Stacy Shure against Defendant Los Angeles Unified School District on the First Cause of Action in an amount, according to proof, of those expenses incurred by Plaintiffs in placing Peter Shure at the May Center in Boston; and

2. Judgment is entered in favor of Defendants Los Angeles Unified School District, Howard Gellerman, and Harriet Maglin on the Second, Third, Fourth, and Fifth Causes of Action, and Plaintiffs Peter Shure and Stacy Shure shall take nothing thereby.

3. Each party shall bear his, her, or its own costs and fees, except that Plaintiffs Peter Shure and Stacy Shure are awarded attorneys' fees incurred by Plaintiffs as to the First Cause of Action, according to proof.

Dated: January 16, 2009

_____
FLORENCE-MARIE COOPER
United States District Court Judge

1  Respectfully submitted by:

2  GLASER, WEIL, FINK,
     JACOBS & SHAPIRO, LLP

6  By: /S/ Allison S. Hyatt
   Allison S. Hyatt
   Attorneys for Defendants
7  LOS ANGELES UNIFIED SCHOOL DISTRICT,
   HOWARD GELLERMAN, and HARRIET MAGLIN